■ FOURTH OCEAN PUTNAM CORP. et al., Appellants, v FRANCIS W. GENCORELLI et al., Respondents. [608 NYS2d 871] — Appeal by the plaintiffs from a judgment of the Supreme Court, Nassau County (Burke, J.), entered November 1, 1991.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Burke at the Supreme Court. Bracken, J. P., Balletta, Copertino and Santucci, JJ., concur.